IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMY RADFORD
ADC #089900                                                                 PLAINTIFF

v.                          No. 2:23-cv-5-DPM-JJV

MOSES JACKSON, Warden, East
Arkansas Regional Unit; B. JOHNSON,
Sergeant, East Arkansas Regional Unit;
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; MATTHEW,
Sergeant, East Arkansas Regional Unit;
TYRONE ALLISON, Max Major, East
Arkansas Regional Unit; ETHERLY,
Captain, East Arkansas Regional Unit;
WATSON, Lieutenant, East Arkansas
Regional Unit; J. LOUIS, Corporal,
East Arkansas Regional Unit; KELLEY,
Lieutenant, East Arkansas Regional
Unit; and ANGELA JENKINS WHITE,
Sergeant, East Arkansas Regional Unit                                      DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed amended and substituted partial recommendation, *Doc. 9*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Radford's failure to protect and inadequate medical care claims against Sergeant B. Johnson and Lieutenant Kelley go forward. All other claims and defendants are

dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023