IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMY RADFORD
ADC #089900                                                               PLAINTIFF

v.                     No. 2:23-cv-5-DPM-JJV

BARBARA WILLIAMS-JOHNSON,
Sergeant, East Arkansas Regional Unit
and MORIEON KELLEY, Lieutenant,
East Arkansas Regional Unit                                            DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 19*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The motion to dismiss, *Doc. 12*, is partly granted and partly denied. Radford's official capacity claims for money damages are dismissed without prejudice. All other claims go forward. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 June 2023