IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMY RADFORD
ADC #089900                                                                                          PLAINTIFF

v.                                      No. 2:23-cv-5-DPM

BARBARA WILLIAMS-JOHNSON,
Sergeant, East Arkansas Regional Unit
and MORIEON KELLY, Lieutenant,
East Arkansas Regional Unit                                                                  DEFENDANTS

ORDER

1.  The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 40*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The motion to revoke Radford's *in forma pauperis* status, *Doc. 38*, is denied.

2.  On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 41*, and overrules Radford's declaration, *Doc. 43*, which the Court reads as his objections. The Court has also considered his untimely response to the motion for summary judgment, *Doc. 42*.

Radford says he exhausted grievance EAM-22-2368 before he filed his *amended* complaint. But, as Judge Volpe noted, exhaustion is a prerequisite to filing suit. A court must therefore look at the circumstances when the case was filed. *Johnson v. Jones*, 340 F.3d 624,

627 (8th Cir. 2003). Radford also argues that grievance EAM-22-2411 was exhausted because he named Williams-Johnson. But he didn't name her until his appeal of that grievance's denial, and the grievance was denied as untimely filed.

The supplemental motion for summary judgment, *Doc. 37*, is granted. Radford's failure to protect and inadequate medical care claims against Williams-Johnson and Kelly are dismissed without prejudice for lack of exhaustion. The motion for partial summary judgment, *Doc. 33*, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2023