# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TOMMY RADFORD**
**ADC #089900**                                                              **PLAINTIFF**

v.                          No. 2:23-cv-5-DPM

**MOSES JACKSON, Warden, East Arkansas
Regional Unit;  BARBARA WILLIAMS-JOHNSON,
Sergeant, East Arkansas Regional Unit;  JOHNSON,
Deputy Warden, East Arkansas Regional Unit;
MATTHEW, Sergeant, East Arkansas Regional Unit;
TYRONE ALLISON, Max Major, East Arkansas
Regional Unit;  ETHERLY, Captain, East Arkansas
Regional Unit;  WATSON, Lieutenant, East
Arkansas Regional Unit;  J. LOUIS, Corporal, East
Arkansas Regional Unit;  MORIEON KELLY,
Lieutenant, East Arkansas Regional Unit;  and
ANGELA JENKINS WHITE, Sergeant, East
Arkansas Regional Unit**                                   **DEFENDANTS**

### JUDGMENT

Radford's amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge


_____ 25 October 2023 _____